To:
STRATA Trust Co
7901 Woodway Dr. #200
Waco, TX 76712

Dear STRATA Trust Co.
Attn. Susan Swanson-

My name is Barbara Clackum.
My STRATA Trust account number is █████████
Thank you for your service. I am closing my account.
Please process my complete and in-kind distribution.

This is being notarized so you can ship my gold and silver to this address:

Dillon-Gage Co acct#27539
15301 Dallas Parkway #200
Addison, TX 75001

Please contact my advisor, Warren Wilson, at 310-494-8819 for closure fees, shipping costs, and anything else you need.

Sincerely,

signed
*Barbara S. Clackum*

*Dale Nash, Notary*
June 1, 2018
My Commission Expires 8/23/2021