# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **GOLDCO DIRECT, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO. 4:18-CV-00850 |
| v. | ) |
| | ) |
| **BARBARA CLACKUM,** | ) |
| **WARREN WILSON,** | ) UNOPPOSED |
| **WHOLESALE GOLD SILVER IRA,** | ) |
| **INC., and WILD WEST COINS, INC.** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS BARBARA CLACKUM

Plaintiff Goldco Direct, LLC ("Goldco") having obtained a permanent injunction against Defendant Barbara Clackum in this action by this Court's Order dated June 26, 2018 [doc. 25], without waiving rights to enforce that permanent injunction, now seeks to dismiss Barbara Clackum as a defendant as to the remaining claims in this action[1], with prejudice, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.  The remaining claims against defendants Warren Wilson, Wholesale Gold Silver IRA, and Wild West Coins, Inc. remain pending, and it is the intent of Goldco that the pro tanto dismissal of Barbara Clackum will not affect the remaining claims against those defendants. It also is the intent of Goldco that the

---

[1] In fact, Goldco did not affirmatively seek damages against Mrs. Clackum in the complaint, as amended.

dismissal as to these remaining claims will not affect Goldco's rights to enforce the permanent injunction entered by this Court, as referenced above. Goldco has submitted a proposed order to effectuate this dismissal.

Goldco's counsel has conferred with counsel for Barbara Clackum, who does not oppose this motion. Counsel has been unable to confer with the newly added defendants, who have not yet been served.

Respectfully submitted,

*/s/ John N. Bolus*
John N. Bolus (ASB-5753-U54J)
Scott S. Brown (ASB-7762-B65S)
Mark D. Foley, Jr. (ASB-3536-G20M)
*Attorneys for Goldco Direct, LLC*

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 254-1000
Facsimile: (205) 254-1999
jbolus@maynardcooper.com
sbrown@maynardcooper.com
mfoley@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon all non-CM/ECF participants by mailing a copy to them at the address indicated below via U.S. mail, postage pre-paid, on the 18th day of December, 2018.

Warren Wilson
29311 Tree Hollow Glen
Agoura Hills, CA 01301

Wholesale Gold Silver IRA, Inc.
c/o Richard H. Bennett
151 Amor Ct.
Galt, CA 95632

Wild West Coins, Inc.
c/o MyCompanyWorks, INc.
187 E. Warm Springs Road, Suite B
Las Vegas, NV 89119

/s/ John N. Bolus
**OF COUNSEL**