1 | **Warren Wilson**
5737 Kanan Road, #175
2 | Agoura Hills, CA 91301

3 |
Appearing Pro Se and
4 | On behalf of my companies,
WHOLESALE GOLD SILVER
5 | IRA, INC. and WILD WEST
COINS, INC.
6 |

7 |

8 |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | |
|---|---|
| Goldco Direct, LLC, | No.: 4:18-CV-00850 |
|       Plaintiff, | DECLARATION OF WARREN WILSON IN |
|    vs. | SUPPORT OF MOTION TO DISMISS (FRCP 12(B)(2) |
| BARBARA CLACKUM, | |
| WARREN WILSON, | |
| WHOLESALE GOLD SILVER IRA, INC. and | |
| WILD WEST COINS, INC. | |
|       Defendants. | |

I declare under penalty of perjury:

1. Warren Wilson owns Wholesale Gold Silver IRA, Inc. and Wild West Coins, Inc.

2. Mr. Wilson lives in Agoura Hills, California and operates both businesses identified in the previous paragraph in California.

3. Goldco Direct, LLC operates in California.

4. Trevor Girst is a resident of Los Angeles, CA.

5. Mr. Wilson has never used an Alabama phone number to contact anyone.

6. Mr. Wilson is informed and believes that Goldco's customer database is located in California.

7.  Mr. Wilson is informed and believes that all of Goldco's employees are residents of California.

8.  Mr. Wilson is informed and believes that all of Goldco's employees are employed within the state of California.

9.  Mr. Wilson is informed and believes that all of Goldco's "proprietary information" is located within California.

10. Mr. Wilson is informed and believes that all of Goldco's employees signed NDA's in the State of California and that those NDA's are governed by California law.

11. Mr. Wilson is informed and believes that all of Goldco's business offices are located within California.

12. Mr. Wilson is informed and believes that all Goldco's file cabinets are in California.

13. Mr. Wilson is informed and believes that Goldco's Customer Relationship Management software is located in California.

14. Mr. Wilson is informed and believes that everyone with login credentials to the Customer Relationship Management Software is a resident of California.

15. Mr. Wilson is informed and believes that Brenda Whitman is a resident of California.

16. Keith Cope is a resident of California.

DATED: *January 23, 2019*

WARREN WILSON
Individually and on behalf of
WHOLESALE GOLD IRA,
INC. and WILD WEST
COINS, INC.